UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

HERBERT G. WARDEN,

    Plaintiff,

vs.

JASON TERRIS, et al.,

    Defendants.

Civil No. 5: 11-52-KKC

**JUDGMENT**

Consistent with the Memorandum Opinion and Order entered today, pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** that the complaint filed under 28 U.S.C. § 1331 pursuant to the doctrine announced in *Bivens v. Six Unknown Fed. Narcotics Agents*, 403 U.S. 388 (1971) by plaintiff Herbert G. Warden against Associate Warden Jason Terris, Dr. Francisco Rios, Dr. Michael Growse, Angela Carpenter, and Warden Deborah Hickey [R. 1] is **DISMISSED WITH PREJUDICE** and Judgment is **ENTERED** in favor of the defendants.

Entered March 19, 2014.



KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY